AHM/GAM   Oct. 2008

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs | *   CR- |
| | * |
| MARY MILLER BUCKELEW | * |

### INFORMATION

The United States Attorney charges:

### Count One
### Obstructing An Official Proceeding
### Title 18, United States Code, Section 1512(c)(2)

On or about August 11, 2008, in Jefferson County, in the Northern District of Alabama, and elsewhere, the Defendant

**MARY MILLER BUCKELEW**

did knowingly and corruptly obstruct, influence, and impede, and attempt to obstruct, influence, and impede, an official proceeding, to wit, the Federal Special Grand Jury in the Northern District of Alabama, in that the Defendant testified falsely in the Special Grand Jury regarding items she received while serving on the

1

Jefferson County Commission from an Investment Banker involved in bond transactions with Jefferson County.

All in violation of Title 18, United States Code, Section 1512(c)(2).

ALICE H. MARTIN<br>
UNITED STATES ATTORNEY

*[signature]*

GEORGE A. MARTIN, JR.
Assistant United States Attorney